FILED 
OCT - 3 2016
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ERIN MARIE ZINDLER, Defendant. | CR 04-87-BLG-SPW-08 ORDER |

Upon the Defendant's Motion for Early Termination of Supervised Release (Doc. 879), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Erin Marie Zindler's supervised release is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 3rd day of October, 2016.

SUSAN P. WATTERS
United States District Judge